IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE STRONG,

    Plaintiff,                        No. 2:09-cv-0815 FCD JFM PS

  vs.

M.A. TOLMAN, #13543, et al.,        ORDER AND

    Defendants.               ORDER TO SHOW CAUSE

_____/

        Plaintiff is proceeding in this action pro se. Plaintiff seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        Plaintiff has filed a complaint alleging an illegal monopoly of state streets based on Manteca police unlawfully ticketing and impounding plaintiff's 1992 BMW 325I. The federal courts are courts of limited jurisdiction. Despite plaintiff's claim that this matter states a federal question under 28 U.S.C. § 1331, there is no apparent basis for subject matter jurisdiction based

1

on the allegations in his complaint.  The gravamen of the complaint appears to be one that is appropriately resolved in the state court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis is granted; and

2. Within twenty days from the date of this order plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

DATED:  April 29, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

001; strong.osc