1

2

3

4

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11   VANCE STRONG,

12          Plaintiff,                    No. 2:09-cv-0815 FCD JFM PS

13      vs.

14   M.A. TOLMAN, #13543, et al.,          ORDER

15          Defendants.

16   _____/

17          Plaintiff is proceeding in this action pro se.  On July 14, 2009, judgment was

18   entered and this action was closed.  On July 22, 2009, plaintiff filed a notice of appeal, which is

19   presently pending before the Court of Appeals for the Ninth Circuit.  On August 4, 2009, plaintiff

20   filed a document entitled "Motion and or Petition for Re-hearing."  The general rule in the Ninth

21   Circuit is that "[t]he filing of a notice of appeal generally divests the district court of jurisdiction

22   over the matters appealed."  Bermudez v. Duenas, 936 F.2d 1064, 1068 (9th Cir. 1991), citing

23   Davis v. United States, 667 F.2d 822, 824 (9th Cir. 1982).  Because it appears plaintiff is seeking

24   rehearing of the merits of his complaint, which is the issue on appeal, this court does not have

25   jurisdiction to hearing plaintiff's August 4, 2009 motion.

26   /////

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's August 4, 2009 motion is

2   dismissed for lack of jurisdiction.

3   DATED:  August 11, 2009.

4

5   _____
    UNITED STATES MAGISTRATE JUDGE

6

7   001; strong.den

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26